UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUSTAFA AZMI AL SHALABI, [A97 809 805] </br></br> Plaintiff, </br></br> v. </br></br> PAUL M. PIERRE, District Director, U.S. Citizenship and Immigration Services, et al., </br></br> Defendants. | No. 06-cv-1109-J (NLS) </br></br></br></br> ORDER |

The provisions set forth in the Joint Motion to Dismiss filed by the parties in this case are approved and so ordered. This case is hereby dismissed without prejudice.

**IT IS SO ORDERED.**

DATED: April 13, 2007

HON. NAPOLEON A. JONES, JR.
United States District Judge